IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELIJAH SHERMAN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-3111-M |
| | § | |
| DITECH FINANCIAL LLC, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Ditech Financial LLC's Motion for Judgment on the Pleadings*, filed June 6, 2017 (doc. 8), is **GRANTED**. By separate judgment, all of the plaintiff's claims will be **DISMISSED with prejudice**.

**SIGNED** this 4th day of January, 2019.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE